UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELLIOTT D. LEVIN as Chapter 7 Trustee for Irwin Financial Corporation, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WILLIAM I. MILLER, )<br>GREGORY F. EHLINGER, )<br>THOMAS D. WASHBURN, )<br>)<br>Defendants. ) | No. 1:11-cv-01264-SEB-MPB |

**JUDGMENT**

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Date:  3/31/2017

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Robert C. Allega
INDIANA ATTORNEY GENERAL
Robert.Allega@atg.in.gov

Sara Teresa Martin
INDIANA ATTORNEY GENERAL
sara.martin@atg.in.gov

Susan A. Cahoon
KILPATRICK STOCKTON LLP
scahoon@kilpatrickstockton.com

Alfred S. Lurey
KILPATRICK STOCKTON, LLP
alurey@kilpatricktownsend.com

Michael D. Langford
KILPATRICK TOWNSEND & STOCKTON LLP
mlangford@kilpatricktownsend.com

Ronald L. Raider
KILPATRICK TOWNSEND & STOCKTON LLP
rraider@kilpatricktownsend.com

Todd C. Meyers
KILPATRICK TOWNSEND & STOCKTON LLP
TMeyers@Kilpatricktownsend.com

David E. Wright
KROGER GARDIS & REGAS LLP
dew@kgrlaw.com

Kevin Dale Koons
KROGER GARDIS & REGAS LLP
kdk@kgrlaw.com

Steven E. Runyan
KROGER GARDIS & REGAS LLP
ser@kgrlaw.com

James A. Knauer

KROGER GARDIS & REGAS, LLP
jak@kgrlaw.com

Elliott D. Levin
RUBIN & LEVIN, P.C. - Penn. St.
edl@rubin-levin.net

John C. Hoard
RUBIN & LEVIN, P.C. - Penn. St.
johnh@rubin-levin.net